UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-3125-CAS(JWJx) | Date | September 28, 2009 |
|---|---|---|---|
| Title | *PANFILO GUTIERREZ v. MORTGAGE ELECTRONIC REGISTRATION SYSTEMS; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    **(IN CHAMBERS) ORDER TO SHOW CAUSE**

The Court is in receipt of the Declaration of Ligia I. Hernandez in Opposition to OSC filed September 14, 2009.

Upon review of the declaration, the Court extends its Order to Show Cause **as to defendants MORTGAGE ELECTRIC REGISTRATION SYSTEMS; and MORTECH FINANCIAL GROUP aka THE MORTECH MORTGAGE GROUP, INC.** and discharges the Order to Show Cause **as to defendants COUNTYWIDE HOME LOANS, INC. aka COUNTRYWIDE MORTGAGE CORPORATION; and MORTGAGEIT, INC.**, only.

**THEREFORE, IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **October 13, 2009** why this action should not be dismissed for lack of prosecution **as to defendants MORTGAGE ELECTRIC REGISTRATION SYSTEMS; and MORTECH FINANCIAL GROUP aka THE MORTECH MORTGAGE GROUP, INC., only.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

///
///
///
///
///
///

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-3125-CAS(JWJx) | Date | September 28, 2009 |
|---|---|---|---|
| Title | *PANFILO GUTIERREZ v. MORTGAGE ELECTRONIC REGISTRATION SYSTEMS; ET AL.* | | |

///

Plaintiff is advised that the Court will consider the following:

**1)**   A proof of service of summons and complaint on **defendants MORTGAGE ELECTRIC REGISTRATION SYSTEMS; and MORTECH FINANCIAL GROUP aka THE MORTECH MORTGAGE GROUP, INC.**

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |